THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS FAULHABER, Appellant.

(Submitted September 28, 1936; decided September 30, 1936.)

*Charles P. Sullivan, District Attorney '(John H. W. Krogmann* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.